# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| EVA TRINI PLAZA-GUTIERREZ,<br><br>        Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security Administration,<br><br>        Defendant. | No. EDCV 08-597 CW<br><br>JUDGMENT |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: September 30, 2009

```
             _____/S/_____
                  CARLA M. WOEHRLE
             United States Magistrate Judge
```